UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BAPTISTE CHISESI                                                          CIVIL ACTION

VERSUS                                                                    NO. 09-7022

STATE FARM MUTUAL AUTOMOBILE                         SECTION "B" (2)
INSURANCE COMPANY

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion for Sanctions Pursuant to FRCP Rule 37(b)(2), Record Doc. No. 82, filed by Edward P. Gothard, Philip R. Adams, Jr. and the law firm of Nowalsky, Bronston & Gothard, A Professional Limited Liability Company ("Intervenors"), and set for hearing on January 19, 2011 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the motion is GRANTED as follows. Plaintiff, Baptiste Chisesi, is precluded from introducing into evidence at trial any documents not already produced to Intervenors as of today and the testimony of any witnesses not already identified in writing. In addition, Chisesi must pay to the Intervenors, no later than

January 31, 2011, the $450 in attorney's fees that I previously ordered on December 15, 2010, Record Doc. No. 76, plus an additional $900 in attorney's fees as a sanction for his failure to comply with my prior discovery order. Fed. R. Civ. P. 37(b)(2)(A).

New Orleans, Louisiana, this  19th  day of January, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE